UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/14/2020

---------------------------------------------------------- X
RANDALL WILTZ,                          :
                                        :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :       1:19-cv-03406-GHW
NEW YORK UNIVERSITY; FRANKLIN           :
DIAZ; ERIN LYNCH; COLLINS BUILDING      :       ORDER
SERVICES, LLC; ANGEL PERLAZA;           :
CUSHMAN & WAKEFIELD, INC.;              :
MICHAEL BRODERICK,                      :
                                        :
                        Defendants.     :
---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 23, 2019, Magistrate Judge Aaron issued a Report and Recommendation recommending that Defendants' motions to dismiss the Complaint be granted, as well as recommending that the motion by the NYU and CBS Defendants for an injunction precluding Plaintiff from filing further litigation without prior approval of the Court be granted in part. Dkt. No. 65. Plaintiff timely filed objections to this report. Dkt. No. 68.

Upon consideration of the objections to the Report and Recommendation, the Court has determined that additional briefing is warranted. Defendant has until January 28, 2020 to file any opposition to Plaintiff's objections. Plaintiff has until February 4, 2020 to file any reply.

The Clerk of Court is directed to mail Plaintiff a copy of this order to Mr. Wiltz by first class mail.

SO ORDERED.

Dated: January 14, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge