USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANDALL WILTZ,

                Plaintiff,

19 **CIVIL** 3406 (GHW)

-against-

**JUDGMENT**

NEW YORK UNIVERSITY; FRANKLIN
DIAZ; ERIN LYNCH; COLLINS BUILDING
SERVICES, LLC; ANGEL PERLAZA;
CUSHMAN & WAKEFIELD, INC.; MICHAEL
BRODERICK,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 10, 2020, the thorough and well-reasoned Report and Recommendation is accepted and adopted in its entirety. Before Wiltz files any other action in federal court arising out of or related to the Washington Square Village Apartment and/or the state court and administrative proceedings commenced by Plaintiff, he must first request permission from the Clerk of Court. Any such request should 1) include a copy of his proposed complaint and any supporting documents; 2) bear the caption Request for Permission to File under Filing Injunction; 3) be addressed to the Clerk of Court; and 4) be submitted to the Pro Se Intake Unit of the Southern District of New York. Any violation of this sanction could expose Wiltz to other sanctions, including monetary penalties. See Cunningham, 2018 WL 10038795, at *11; judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York
       February 20, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
           BY: _____
                                          **Deputy Clerk**